UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

USA

vs.                                                       EP:15-CR-00416(1,2,3,4)-FM

(1) Belia Mendoza
(2) Margarita Hernandez
(3) Denise Duchene
(4) Anna Montez

O R D E R

On this day came on to be considered the request for a jury trial, made orally during

docket call on June 5, 2015, in the above-styled and numbered cause.  The Court finds that

further preparation is needed due to complex discovery issues in the case.

The Court finds that the interests of justice outweigh the interests of Defendants and

 of the public in a speedy trial, in that more time is needed by Defendant for preparation of

the defense in this case, and that the period from June 5, 2015, through January 25, 2016, is

excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *(h)(8)(A)*.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Continuance

is GRANTED.

 The case is set for Jury Selection and Trial on Monday, January 25, 2016at 9:00 a.m.

SIGNED this 10th day of June, 2015

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE