IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) EP-15-CR-416-FM(1) |
| BELIA MENDOZA | ) |

### ORDER SETTING RESTITUTION HEARING

On this day, the Court became aware of an issue pertaining to the restitution of defendant, Belia Mendoza.

THEREFOR, IT IS HEREBY ORDERED that the above entitled and numbered case is set for a restitution hearing in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on Friday, April 29th, 2016 at 11:00 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.

SIGNED and ENTERED this 21st day of April, 2016.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE